IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA PAPAZIAN and JASON BELL<br><br>Plaintiffs,<br><br>vs.<br><br>GLOBAL EXCHANGE VACATION CLUB; and PINNACLE RECOVERY, INC.,<br><br>Defendants. | **CASE NO.: 16-CV-2604 WQH-BLM**<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)**<br><br>Complaint Filed: October 19, 2016 |

Based on the Parties' Stipulation of Voluntary Dismissal with Prejudice, and good cause shown, the Court orders that:

1. The above-entitled action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

Dated: February 9, 2017

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court